**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00563-CV
No. 05-13-00564-CV

**IN RE SENRICK WILKERSON, Relator**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. W10-01183-J, W10-01184-J**

## ORDER
Before Justices FitzGerald, Lang, and Myers

Based on the Court's opinion of this date, we **DENY** relator's petitions for writ of

mandamus. We **ORDER** that relator bear the costs of the original proceedings.


/s/     LANA MYERS
           JUSTICE